# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

MICHAEL HOLDER,
    Plaintiff

    v.    CASE NUMBER: 19-C-1194

CNH INDUSTRIAL AMERICA, LLC,
    Defendant

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the plaintiff shall take nothing by his complaint and judgment is entered in favor of the defendant on the merits.

| 9/21/20 | Gina M. Colletti |
|---|---|
| Date | Clerk |
| | s/ J. Dreckmann |
| | (By) Deputy Clerk |